PROB 12A
(06/15)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision – No Court Action Required

| | | | |
|---|---|---|---|
| Name of Offender: | Amadou Samassekou | Case Number: | 4:18CR00144-001 |

Name of Original
Sentencing Judge:      The Honorable Audrey G. Fleissig

Name of Assigned
Sentencing Judge:      The Honorable Ewing Werlein, Jr.

Date of Original Sentence:     January 7, 2016

Original Offense:     Conspiracy to traffic in counterfeit access devices, in violation of 18 U.S.C. § 1029(a)(1), 18 U.S.C. § 1029(c)(1)(A) and 18 U.S.C. § 1029(b)(2)

Original Sentence:     10 months imprisonment, followed by 2 years supervised release, and a $100 special assessment. Special conditions: substance abuse treatment, search and seizure, and deportation

Date of Revocation
Sentence:      December 12, 2016

Revocation
Sentence:      4 months imprisonment, followed by 2 years supervised release, and a $100 special assessment. Special conditions: substance abuse testing, substance abuse treatment, search and seizure, deportation, and not more than 180 days residential reentry center

Type of Supervision: Supervised release          Supervision Started: March 31, 2017

---

### EARLIER COURT ACTION

09/27/2016: Condition of release amended to include placement in a residential treatment center or halfway house for up to 180 days.

12/12/2016: Supervised release revoked based on alleged noncompliance with 180 days halfway house condition and sentenced to 4 months imprisonment followed by 24 months supervised release, and $50 remaining balance of special assessment.

RE:   Amadou Samassekou                                                                                         2
      Dkt. No. 4:18CR00144-001

03/02/2018: Report on Offender Under Supervision filed as it was alleged the offender possessed and used marijuana as evidenced by a positive drug test for a marijuana metabolite on February 20, 2018, and the offender's subsequent admission. The Court concurred with the probation officer's recommendation to admonish offender and increase drug testing.

03/07/2018: Transfer of Jurisdiction from Eastern District of Missouri to Southern District of Texas.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**   **Nature of Noncompliance**

1            **Drug Possession, Usage, Distribution, or Administration**

On May 8, 2018, during an unscheduled home contact, Mr. Samassekou submitted a urine specimen to the U.S. Probation Officer which returned a positive result for a marijuana metabolite. When confronted on May 31, 2018, Mr. Samassekou admitted being recently around co-workers who had been smoking marijuana. He further admitted it had been approximately three weeks since he had smoked marijuana.

**U.S. Probation Officer Action:** Mr. Samassekou has submitted a second positive urine specimen. As a controlling strategies, the probation officer held a non-compliance meeting with offender and will increase supervision. As a correctional strategy, the probation officer will refer him for outpatient substance abuse treatment.

Approved:                                                          Respectfully submitted,

                                                        By:

_____                          _____
Javier Garcia, Supervising                              Marvin Booker, Jr.
United States Probation Officer                         United States Probation Officer

Name of Offender: Amadou Samassekou
Case Number: 4:18CR00144-001
Page Number: 3

[✓]  Court Concurs with Recommended Action

[ ]  Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other:

*(signature)*
Ewing Werlein, Jr.
U. S. District Judge

6/18/18
Date